UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYJOY, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH T. CUCCINELLI,<br><br>　　　　　Defendant. | Case No. 19-cv-03977-HSG<br><br>**ORDER REGARDING *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 2 |

　　　　On July 11, 2019, Plaintiff PayJoy, Inc. moved *ex parte* for entry of a temporary restraining order ("TRO"). *See* Dkt. No. 2. If Defendant opposes the relief sought by Plaintiff, the Court DIRECTS it to file a response with this Court by no later than 3:00 p.m. PST on Monday, July 15, 2019. The Court will notify the parties if a hearing will be held.

　　　　Plaintiff is directed to serve this order on Defendant by no later than 12:00 noon PST on July 12, 2019. Plaintiff is directed to email this order immediately upon receipt to Defendant at any known email addresses. Plaintiff also must hand deliver this order with the civil process clerk for the U.S. Attorney for the Northern District of California, in accordance with service requirements as set forth in the Federal Rules of Civil Procedure.

　　　　**IT IS SO ORDERED.**

Dated: 7/11/2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge