UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYJOY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>KENNETH T. CUCCINELLI, Acting Director, United States Citizenship and Immigration Services,<br><br>    Defendant. | Case No. 4:19-cv-03977-HSG<br><br>~~[PROPOSED]~~ ORDER |

This cause comes before the Court upon the parties' stipulation for the entry of dispositive briefing schedule. For good cause shown, the Court ADOPTS the parties' proposed schedule. The parties are directed to comply with the following deadlines:

| | |
|---|---|
| Defendant's Service of the Administrative Record on Plaintiff: | October 1, 2019 |
| Plaintiff's motion for summary judgment: | October 22, 2019 |
| Defendant's opposition and cross-motion for summary judgment: | November 21, 2019 |
| Plaintiff's cross-opposition and reply: | December 6, 2019 |
| Defendant's reply: | December 23, 2019 |

IT IS SO ORDERED.

DATED: 10/3/2019

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge