UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYJOY, INC., | Case No. 4:19-cv-03977-HSG |
| Plaintiff, | |
| v. | [PROPOSED] ORDER |
| KENNETH T. CUCCINELLI, Acting Director, United States Citizenship and Immigration Services, | |
| Defendant. | |

This cause comes before the Court upon the parties' stipulation to revise the scheduling order. For good cause shown, the Court ADOPTS the parties' revised briefing schedule:

Defendant's opposition and cross-motion for summary judgment:     November 25, 2019

Plaintiff's cross-opposition and reply:     December 6, 2019

Defendant's reply:     December 23, 2019

IT IS SO ORDERED.

DATED:   11/20/2019

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge